**Douglas W. THOMPSON, Appellant,**

v.

**J. BOOKER, Warden, USP Leavenworth,**
**Appellee.**

**No. 05–3467.**

United States Court of Appeals,
Eighth Circuit.

Submitted April 20, 2006.

Filed April 27, 2006.

Douglas W. Thompson, U.S. Penitentiary, Leavenworth, KS, pro se.

Before WOLLMAN, MURPHY, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Douglas Thompson appeals the denial of his Federal Rule of Civil Procedure 60(b) motion. Thompson sought relief for the third time, this time relying on *Gonzalez v. Crosby,* —— U.S. ——, 125 S.Ct. 2641, 162 L.Ed.2d 480 (2005), from a March 2002 order denying his 28 U.S.C. § 2254 petition. Following careful review, we find no abuse of the district court's[1] discretion.

---

1. The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

Accordingly, we affirm. *See* 8th Cir. R. 47B.